RECEIVED
IN ALEXANDRIA, LA.

AUG - 2 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

CARLYLE LESLIE OWEN DALE,
    Petitioner

CIVIL ACTION
NO. CV09-1689

VERSUS

JOSEPH P. YOUNG, et al.,
    Respondents

JUDGE JAMES T. TRIMBLE
MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Dale's petition for writ of habeas corpus is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this _2nd_ day of _August_, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE